# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

GLENDON SPARGO                                          PLAINTIFF

V.                          NO. 3:17-CV-00078-JLH-JTR

NANCY A.  BERRYHILL,
Acting Commissioner,
Social Security Administration                          DEFENDANT

## ORDER

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis, Doc. 1*, is GRANTED.

DATED this 14th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE